9202-0076/dmf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MELISSA REIMER,

                                      Plaintiff,

                                                                  14-CV-7044 (CS)

   -against-

TOWN OF RAMAPO, CHRISTOPHER ST. LAWRENCE,
NATHAN OBERMAN, MICHAEL KLEIN, LINDA
CONDON and BETH FINKELSTEIN, all are sued as
individuals as well as in their official capacity,

                                      Defendants.
------------------------------------------------------------------------x

# DEFENDANT OBERMAN'S RESPONSE TO GOVERNMENT'S APPLICATION FOR A STAY OF DISCOVERY

                                       McCABE & MACK LLP
                                       David L. Posner
                                       *Attorneys for Defendant Nathan Oberman*
                                       63 Washington Street
                                       P.O. Box 509
                                       Poughkeepsie, NY 12602-0509
                                       Tel: (845) 486-6800

9202-0076/dmf

Defendant Oberman joins in the position taken by his co-defendants with respect to the stay application.  He notes that the Government's request for a stay of defendants' pending motion for summary judgment did not include a request to stay his separate motion to dismiss under Rule 12(b)(6).  (See Dkt. No. 84).  (Due to the Court's "bundling" rules this motion, although served upon counsel, has not been docketed).

Whether or not the court denies the Government's request with regard to discovery and the summary judgment motion, plaintiff should be given 2 weeks from that determination to file opposition to Oberman's motion to dismiss which was served upon him on April 26, 2016 and he requests 1 week to reply.

DATED:     Poughkeepsie, New York
           June 1, 2016

                                               Yours, etc.

                                               McCABE & MACK LLP

                                               By: _____
                                                    David L. Posner
                                        *Attorneys for Defendant Nathan Oberman*
                                        63 Washington Street
                                        P.O. Box 509
                                        Poughkeepsie, NY 12602-0509
                                        Tel: (845) 486-6800